# *IN THE UNITED STATES DISTRICT COURT*
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

JIMMY TILLMON

vs.                                        NO. 5:07CV00071 SWW

STATE FARM FIRE & CASUALTY COMPANY, ET AL

### ORDER OF DISMISSAL

Pursuant to the stipulation of dismissal filed by the parties in this matter pursuant to Rule 41(a), Federal Rules of Civil Procedure,

IT IS THEREFORE ORDERED that all claims in this cause of action hereby are dismissed without prejudice.

Dated this 3rd day of July, 2008.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE